UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:                                                                                                    Bankr. Case No. 20-41964-DRD-13

Deborah Rose-Alexandria King                                                              Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  Bankr. Case No. 20-41964-DRD-13

Deborah Rose-Alexandria King  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 7, 2020 :

| | |
|---|---|
| TRACY L ROBINSON<br>600 East 8th Street, Suite A<br>Kansas City, MO 64106 | Richard V. Fink<br>Suite 1200<br>2345 Grand Blvd.<br>Kansas City, MO 64108-2663 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx20592 / 1033305